# IN THE SUPREME COURT OF THE STATE OF MONTANA

IN THE MATTER OF AMENDING
THE MONTANA JUDICIAL BRANCH
INFORMATION TECHNOLOGY
STRATEGIC PLAN, DECEMBER
2002.



)
)          O R D E R
)
)
)

At its regular meetings on January 6, 2003 and February 11, 2003, the Commission on Technology (COT) unanimously agreed to recommend to this Court certain amendments to the Montana Judicial Branch Information Technology Strategic Plan, December 2002 (the Plan).

Those amendments are to add to Goal 1 on page 11 of the Plan, the following objectives:

1.7 Complete deployment by June 30, 2005, of Full Court to the Courts of Limited Jurisdiction to replace existing systems.
*Estimated time frame -- FYE 2005*

1.8 The Office of the Court Administrator will establish by June 30, 2003, an accounting structure that will identify the fiscal items of revenue and expenses and that will generate a semi-annual report relating to information technology with the Supreme Court, District Courts, Courts of Limited Jurisdiction, Clerk of the Supreme Court and Clerks of District Courts.
*Estimated time frame--ongoing*

Having considered these proposed amendments; good cause shown,

IT IS ORDERED that the Plan is so amended.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to the Chairperson of the Commission on Technology; to the Clerks of the District Courts; to the President of the Montana Magistrates Association; to Dan Chelini, Director

of Information Technology; to the Executive Director of the State Bar of Montana; and to

the State Law Librarian with the request that they post this Order to their respective websites.

DATED this 20th day of February, 2003.

Karla M. Gray
Chief Justice

Patricia Cotter

Jim Regnier

Jerry Trieweiler

W William Leaphart

Jim Rice
Justices